NO._____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AT AUSTIN, TEXAS

JOSE DIAZ PEREZ

Petitioner,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2015

Abel Acosta, Clerk

v.

THE STATE OF TEXAS

ON PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS, COA#12-14-00116-CR, TRIAL COURT THE SECOND JUDICIAL DISTRICT, CHEROKEE COUNTY TEXAS, NO. 18373.

MOTION TO SUSPEND THE RULE

Petitioner especutfully request that this Court will suspend the Rule and allow Petitioner to file the original of his pleadings without the number of copies normally required by the Court. Petitioner has no access to xeroxing or copying services.

Dated: June 9, 2015                                  by _____
                                                        JOSE DIAZ PEREZ

CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the foregoing to the Cherokee County District Attorney, West Sith Street, Rusk, Texas 75785 via U.S. mail.

Dated: June 9, 2015                                  by _____
                                                        JOSE DIAZ PEREZ